UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00140-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **QUINTON OSHUMOND LITTLEJOHN,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's Motion to Consolidate. Having considered the government's motion and reviewed the pleadings, and consulted Judge Conrad's Chambers, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Consolidate (#12) is **GRANTED**, and this matter is consolidated with the lower numbered case, 3:15cr41-RJC, in accordance with L.Cr.R. 20.1, and this matter is transferred to the Honorable Robert J. Conrad, Jr., United States District Judge, for disposition.

**IT IS FURTHER ORDERED** that, for Speedy Trial purposes, the Clerk of Court is instructed to place this matter on the June 2018 criminal trial calendar of Judge Conrad. This matter is **REMOVED** from the undersigned's July 2018 criminal calendar, to which it was earlier continued.

Signed: May 18, 2018



Max O. Cogburn Jr.
United States District Judge